1:26-cv 03057

UNITED STATES DISTRICT COURT
FOR THE UNITED STATES FEDERAL COURT HOUSE

La'Keya Keo,
Plaintiff,

v.

META PLATFORMS, INC.,
MARK ZUCKERBERG,
Defendants.

FILED
HARRISBURG, PA
OCT 14 2026
PER ______
DEPUTY CLERK

Civil Action

COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND OTHER RELIEF

I. INTRODUCTION

Plaintiff La'Keya Keo brings this action concerning alleged harassment, bullying, discrimination, privacy violations, cyber-related abuse, religious discrimination or religiously motivated mistreatment, and other wrongful conduct allegedly experienced through or involving Facebook and related social-media services.

Plaintiff alleges that Facebook/Meta and its responsible personnel failed to adequately protect Plaintiff from conduct occurring through the platform and failed to appropriately respond to complaints and reports concerning the alleged conduct.

Plaintiff further alleges that the conduct caused substantial emotional, personal, financial, reputational, and other harm.

Plaintiff brings these allegations in good faith and requests that the Court examine the evidence, communications, account records, reports, platform records, and other relevant materials.

II. PARTIES

1. Plaintiff is La'Keya Keo.

2. Defendant Meta Platforms, Inc. operates Facebook and related social-media services.

3. Defendant Mark Zuckerberg is identified by Plaintiff as the chief executive of Meta Platforms, Inc. Plaintiff names him in this action based upon the allegations and circumstances described herein and requests that the Court determine the proper parties and legal responsibility after reviewing the evidence.

III. ALLEGATIONS

4. Plaintiff alleges that she experienced repeated harassment and bullying through social-media activity associated with Facebook.

5. Plaintiff alleges that she experienced conduct that she believes constituted coordinated harassment or attacks by multiple individuals.

6. Plaintiff alleges cyber-related attacks, abusive communications, intimidation, unwanted exposure, and other conduct occurring through or connected with social-media activity.

7. Plaintiff alleges discrimination based upon protected characteristics, including allegations concerning race, gender, disability, and religion.

8. Plaintiff alleges that her character and reputation were attacked or abused through social-media activity.

9. Plaintiff alleges that private or personal information was exposed, disseminated, accessed, or otherwise handled without her lawful authorization or consent.

10. Plaintiff alleges that religious beliefs and practices were subjected to harassment, abuse, discrimination, or disrespect.

11. Plaintiff further alleges that Facebook/Meta received or should have received notice of some of the complained-of conduct but failed to provide an adequate response.

12. Plaintiff alleges that the resulting circumstances caused significant distress, loss of privacy, reputational injury, financial harm, disruption of daily life, and other damages.

13. Plaintiff requests that the Court order preservation and production of relevant records, including applicable account records, reports, communications, moderation records, security records, and other evidence relevant to Plaintiff's claims, subject to applicable law.

## IV. CLAIMS FOR RELIEF

### COUNT I — HARASSMENT AND BULLYING

14. Plaintiff incorporates the preceding allegations.

15. Plaintiff alleges that she was subjected to repeated unwanted harassment and bullying through conduct associated with Facebook.

16. Plaintiff seeks all remedies available under applicable federal and state law.

### COUNT II — DISCRIMINATION

17. Plaintiff incorporates the preceding allegations.

18. Plaintiff alleges discrimination and unequal treatment based upon protected characteristics, including race, gender, disability, and religion.

19. Plaintiff requests appropriate damages and equitable relief to the extent authorized by applicable law.

COUNT III — PRIVACY AND UNAUTHORIZED EXPOSURE

20. Plaintiff incorporates the preceding allegations.

21. Plaintiff alleges that personal or private information was exposed, disseminated, accessed, or otherwise handled without proper authorization.

22. Plaintiff requests damages and appropriate injunctive or other relief available under applicable law.

COUNT IV — CYBER-RELATED ABUSE

23. Plaintiff incorporates the preceding allegations.

24. Plaintiff alleges that she experienced cyber-related attacks, abusive online conduct, interference, or other unlawful activity associated with social-media accounts or communications.

25. Plaintiff requests that the Court permit appropriate discovery concerning the source, timing, scope, and participants in the alleged conduct.

COUNT V — RELIGIOUS ABUSE OR DISCRIMINATION

26. Plaintiff incorporates the preceding allegations.

27. Plaintiff alleges that her religious beliefs and practices were subjected to discriminatory, harassing, or abusive treatment.

28. Plaintiff seeks all remedies available under applicable law.

COUNT VI — NEGLIGENCE AND FAILURE TO RESPOND

29. Plaintiff incorporates the preceding allegations.

30. Plaintiff alleges that Defendants failed to exercise reasonable care in responding to reported misconduct and protecting Plaintiff's rights to the extent required by applicable law.

31. Plaintiff requests damages and other relief authorized by law.

V. DAMAGES AND CLAIM FOR RELIEF

Plaintiff alleges that the conduct described above caused substantial and continuing harm.

Plaintiff therefore respectfully requests a claim for relief in the amount of $35,000,000,000 (thirty-five billion United States dollars), together with any additional damages, statutory damages, punitive damages, costs, fees where legally available, and other relief authorized by law.

Plaintiff requests that the Court consider the requested $35 billion amount based upon the totality and alleged severity of the injuries, including alleged privacy violations, harassment, discrimination, reputational harm, emotional distress, financial losses, and other damages.

Plaintiff requests prompt consideration and payment of any monetary judgment entered by the Court, rather than asserting that payment is legally due before a judgment or settlement is entered.

Plaintiff further requests that any additional damages that become legally established through discovery and proceedings be awarded as permitted by law.

VI. REQUEST FOR INJUNCTIVE AND OTHER RELIEF

Plaintiff respectfully requests that the Court:

A. Accept and adjudicate this Complaint;

B. Require preservation of relevant evidence;

C. Permit discovery concerning the alleged social-media activity and reports;

D. Order appropriate measures to prevent unlawful harassment, discrimination, retaliation, or privacy violations to the extent authorized by law;

E. Award Plaintiff compensatory damages;

F. Award punitive or exemplary damages where authorized by law;

G. Award statutory damages where applicable;

H. Award costs and attorney's fees where legally available;

I. Grant any appropriate declaratory or injunctive relief;

J. Award Plaintiff $35,000,000,000 in damages, or such other amount as the Court determines is legally and factually supported; and

K. Grant such other and further relief as the Court considers just and proper.

VII. JURY DEMAND

Plaintiff requests a trial by jury on all issues for which a jury trial is available as a matter of law.

Respectfully submitted,

La'Keya Keo
Plaintiff, Pro Se

Date: 10/08/2026

Signature: La'Keya Keo








Lai Keya Keo
160 W. Market Street Unit 404
York, PA 17405

RECEIVED
HARRISBURG, PA
OCT 14 2026
PER ____________
DEPUTY CLERK

United States Federal Courthouse
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102